# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: *Larry Floyd*   SBI#: 151344    05-869

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: *December 7, 2005*

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of *June 1, 2005* to *November 30, 2005*.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| June | 255.01 |
| July | 220.92 |
| Aug | 130.76 |
| Sept | 65.89 |
| Oct | 29.41 |
| Nov | 45.94 |

Average daily balances/6 months: 124.69

Attachments
CC: File

*Stacy Shane*
12/7/05

*Notary Public*
12/8/05