**ORIGINAL**

Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

05 - 869

| United States District Court | District _DELAWARE_ | |
|---|---|---|
| Name (under which you were convicted): _Larry P. Floyd_ | | Docket or Case No.: |
| Place of Confinement: _D.C.C. Smyrna De. 19977_ | | Prisoner No.: |
| Petitioner (include the name under which you were convicted) _Larry P. Floyd_ | v. | Respondent (authorized person having custody of petitioner) _Thomas Carroll (Warden) Carl C. Danberg Chief D.A._ |
| The Attorney General of the State of _DELAWARE_ | | |

FILED

DEC 15 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   _Superior Court Sussex County_
   _Georgetown, Delaware_
   (b) Criminal docket or case number (if you know): _88500074 DI_

2. (a) Date of the judgment of conviction (if you know): _January 24, 1989_
   (b) Date of sentencing: _March 3, 1989_

3. Length of sentence: _Life 20 mandatory 7yrs L5 + 6 months_

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: _____
   _U.S.I. 1st 775 (2)_
   _Burglary 2nd 825_
   _Crim Mischief 811 (a) I_

6. (a) What was your plea? (Check one)

   (1)   Not guilty ☑          (3)   Nolo contendere (no contest) ☐

   (2)   Guilty ☐              (4)   Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or
   charge, what did you plead guilty to and what did you plead not guilty to? _NONE_

   _____

   _____

_Original Copy_

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑    Judge only ❑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☑    No ❑

8. Did you appeal from the judgment of conviction?

Yes ☑    No ❑

9. If you did appeal, answer the following:

(a) Name of court: Supreme Court of Delaware

(b) Docket or case number (if you know): No. 104, 1989 (Del

(c) Result: affirmed

(d) Date of result (if you know): Nov. 6, 1989

(e) Citation to the case (if you know): No. 104, 1989

(f) Grounds raised: 1.) The sequestration order was violated.

2.) A portion of the jury instruction was incorrect as a matter of law

(g) Did you seek further review by a higher state court?    Yes ❑    No ☑

If yes, answer the following:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Result: N/A

(4) Date of result (if you know): N/A

(5) Citation to the case (if you know): N/A

(6) Grounds raised: N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ❑    No ☑

If yes, answer the following:

(1) Docket or case number (if you know): N/A

Page 4

(2) Result: N/A _____

_____

(3) Date of result (if you know): N/A _____

(4) Citation to the case (if you know): N/A _____

10. Other than the direct appeals listed above, have you previously filed any other petitions,

applications, or motions concerning this judgment of conviction in any state court?

Yes ✓ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a)  (1) Name of court: Superior Court Sussex County

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): Jan. 12, 1990

        (4) Nature of the proceeding: Post-Conviction Relief 61

        (5) Grounds raised: ¹ineffective counsel, ²Denied Brady Material,

³Denied right to subpoena witnesses for his defense, ⁴insufficient

evidence to establish a prima facie case to substain

a conviction ⁵illegally sentenced to term greater

than statutory provision, ⁶speedy trial violations,

⁷Denial of due process under the 5th and 14th amendments

8. Denial of Discovery pursuant to Rule 16 by the prosecution

9. Trial counsel failed to move for Judgment of Aquittal

notwithstanding the verdict that on other grounds state produce no evidence

to support a conviction of unlawful sexual intercourse.

        (6) Did you receive a hearing where evidence was given on your petition, application, or

motion?     Yes ☐  No ✓

        (7) Result: denied

        (8) Date of result (if you know): (Dec. 11, 1991)

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: Superior Court Sussex County

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: Post-Conviction Relief 61

        (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?     Yes ☐  No ☑

(7) Result:  denied _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?     Yes ☐  No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      Yes ☑  No ☐

(2) Second petition:   Yes ☑  No ☐

(3) Third petition:     Yes ☑  No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

did appeal all motions to Supreme Court of the State of Delaware

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Petitioner claims the State of Delaware reinterpreted statues and violated ex-post-facto laws.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner claims the State of Delaware has changed and reinterpret statues regarding sentences, which has violated his 6th, 8th and 14th amendment rights as well as the ex-post-facto laws of the State of Delaware. see... memorandum of law

(b) If you did not exhaust your state remedies on Ground One, explain why: petitioner didn't exhaust this claim because it's a new law which was made retroactive and therefore would have been futile to exhaust state remedies

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Because it's a new law, under House Bill No. 31 made retroactive, but didn't exist at the time.

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?     Yes ☐   No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Page 7

Docket or case number (if you know): N/A _____

Date of the court's decision: N/A _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

  Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

  Yes ☐  No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

  Yes ☐  No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A _____

Docket or case number (if you know): N/A _____

Date of the court's decision: N/A _____

Result (attach a copy of the court's opinion or order, if available): N/A _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: It's a new law and statue. under House Bill #31 made retroactive. but it didn't exist at the time _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: NONE _____

_____

GROUND TWO: Illegal sentence in violation of petitioner's 6th and 14th amendment rights

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner claims he was illegally sentenced for U.S.I. First degree. in violation of his 6th and 14th amendment. rights as well as in violation of the laws of Delaware. see... Titlell, Del. C. § 4209 (A)

(b) If you did not exhaust your state remedies on Ground Two, explain why: _Did exhaust state remedies_

(c)  **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _Issue wasn't raised on direct appeal because of ineffective assistance of counsel_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑  No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Motion for Correction of Illegal Sentence_

Name and location of the court where the motion or petition was filed: _Superior Court of Sussex County, Delaware_

Docket or case number (if you know): _Cr. A. No. S88-01-0142-0143, 0145_

Date of the court's decision: _January 23, 1998_

Result (attach a copy of the court's opinion or order, if available): _App._

(3) Did you receive a hearing on your motion or petition?

Yes ❑  No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑  No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Supreme Court of the State of Delaware_

Docket or case number (if you know): Appeal No. 056, 1998

Date of the court's decision: UNKNOWN

Result (attach a copy of the court's opinion or order, if available): NONe

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: N/A

**GROUND THREE:** Superior Court and Supreme Court have misapplied Superior Court Criminal Rule 35(a)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner claims the Superior Court and the Supreme Court of the State of Delaware have misapplied the Superior Court Criminal Rule 35(a) which violated petitioner's 6th and 14th amendment rights

(b) If you did not exhaust your state remedies on Ground Three, explain why: Did exhaust state remedies

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Issue was'nt raised on appeal due to ineffective assistance of counsel

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?          Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Correction of Illegal Sentence,

Name and location of the court where the motion or petition was filed: Superior Court of Sussex County Delaware

Docket or case number (if you know): ID# 88S00074DI

Date of the court's decision: October 20, 2004

Result (attach a copy of the court's opinion or order, if available): denied See... App.

(3) Did you receive a hearing on your motion or petition?

   Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

   Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of the State of Delaware

Docket or case number (if you know): No. 506, 2004

Date of the court's decision: February 10, 2005

Result (attach a copy of the court's opinion or order, if available): affirmed See... App.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

**GROUND FOUR:** Superior Court lacked proper jurisdiction

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner claims the Superior Court never had proper jurisdiction for the charges to be in Superior Court of Sussex County due to the violation Superior Court R.7 (b) as well as petitioner's 6th and 14th amendment rights

(b) If you did not exhaust your state remedies on Ground Four, explain why: Did exhaust all state remedies

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ☑  No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: Issue wasn't raised due to ineffective assistance of counsel

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☑  No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: Correction of Illegal Sentence R. 35(a)

    Name and location of the court where the motion or petition was filed: Superior Court Sussex County Delaware

    Docket or case number (if you know): I.D.# 88500074 DI

    Date of the court's decision: October 20, 2004

    Result (attach a copy of the court's opinion or order, if available): denied see App.

    (3) Did you receive a hearing on your motion or petition?

    Yes ☐  No ☑

    (4) Did you appeal from the denial of your motion or petition?

    Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of the State of Delaware

Docket or case number (if you know): No. 506, 2004

Date of the court's decision: February 10, 2005

Result (attach a copy of the court's opinion or order, if available): affirmed Supreme Court Rule 25 (a)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: None

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☐ No ☑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Ground I, State of Delaware created new law and reinterpreted statues under House Bill 3[?] and made it retroactive violating ex-post facto laws

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☑ No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of
proceeding, the issues raised, the date of the court's decision, and the result for each petition,
application, or motion filed. Attach a copy of any court opinion or order, if available. _____

1) United States District Court of Delaware
Larry D. Floyd v. Snyder Civ. A. No. 92-469-RRM
pretrial, trial, appellate, and post-conviction
counsel provided constitutionally ineffective
assistance of counsel; and (2) Denied the right to
a preliminary hearing, Denied & Dismissed July 12, 1993

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either
state or federal, for the judgment you are challenging?     Yes ☐     No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of
proceeding, and the issues raised. N/A _____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following
stages of the judgment you are challenging:

(a) At preliminary hearing: didn't have preliminary hearing
Merrit Burke

(b) At arraignment and plea: Merrit Burke ESQ

(c) At trial: William B. Willgus ESQ

(d) At sentencing: William B. Wilgus ESQ

(e) On appeal: Karl Hallar ESQ

(f) In any post-conviction proceeding: James C. Reed ESQ
and Sheila Brooks - Tahir

(g) On appeal from any ruling against you in a post-conviction proceeding: pro-se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that
you are challenging?     Yes ☐     No ☑

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _pro-se_

IN FORMA PAUPERIS DECLARATION

United States District Court

[Insert appropriate court]

Delaware

* * * * *

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _none_____

_____

(b) Give the date the other sentence was imposed: _none_____

(c) Give the length of the other sentence: _none_____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☑

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _The one year statue of limitations as contained in 28 U.S.C. § 2244(d) does not bar this petition. because it's New law made retroactive in inviolation of ex-post facto._

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: reverse and remend this case for resentencing do to the violation of petitioners 6th and in 14th amendment rights

or any other relief to which petitioner may be entitled.

Pro-se
_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 11-28-05 _____ (month, date, year).

Executed (signed) on 11-28-05 _____ (date).

Larry Flayd
_____
Signature of Petitioner

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.



$03.950

DEC 14 2005



U.S.M.S.
X-RAY

District Court Clerk
U.S. District Court
Lockbox 18
844 King Street
Wilmington Delaware 19801

IM Mr. Larry D. Floyd
SBI# 00151344 UNIT E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977