United States District Court
For the District of Delaware



# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 05-869 KAJ

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
SMYRNA, DE 19977

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Beatrice O___   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Beatrice Oney
C. Date of Delivery: 1-10-06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0003 0326 5313

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540